UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------X

DOLORES ROSNER,

                Plaintiff,                    **RULE 7.1 STATEMENT**

   -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                Defendant.
------------------------------------------------------------X



08 CV 03159

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

      These representations are made in order that the judges of this court may determine the need for recusal.

Dated:      New York, New York
               March 27, 2008

                                         Respectfully submitted,
                                         LANDMAN CORSI BALLAINE & FORD P.C.

                       By:   _____
                                         Ronald E. Joseph (RJ9302)
                                         Attorneys for Defendant Amtrak
                                         120 Broadway, 27th Floor
                                         New York, New York 10271-0079
                                         (212) 238-4800

459232.1 DocsNY

To:     Mavrides, Moyal & Associates, LLP
        Attorneys for Plaintiff
        3000 Marcus Avenue, Suite 1W9
        Lake Success, NY 11042
        (516) 358-7200

459232.1 DocsNY