UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOLORES ROSNER,

        Plaintiff,    **ANSWER TO VERIFIED COMPLAINT**

- against -

        08 CV 03159

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

        Defendant.
------------------------------------------------------------------X

Defendant National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak"), by its attorneys, Landman Corsi Ballaine & Ford P.C., hereby answers the Verified Complaint herein as follows:

1. Defendant Amtrak denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "First" of the Verified Complaint.

2. Defendant Amtrak denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Second" of the Verified Complaint except admits that defendant is a railroad providing transportation for commuters with offices located at 60 Massachusetts Avenue NE, Washington, DC 20002.

3. Defendant Amtrak denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Third" of the Verified Complaint.

4. Defendant Amtrak denies the truth of each and every allegation contained in paragraph "Fourth" of the Verified Complaint.

5. Defendant Amtrak denies the truth of each and every allegation contained in paragraph "Fifth" of the Verified Complaint.

6.    Defendant Amtrak denies the truth of each and every allegation contained in paragraph "Sixth" of the Verified Complaint.

7.    Defendant Amtrak denies the truth of each and every allegation contained in paragraph "Seventh" of the Verified Complaint.

8.    Defendant Amtrak denies the truth of each and every allegation contained in paragraph "Eighth" of the Verified Complaint.

9.    Defendant Amtrak denies the truth of each and every allegation contained in paragraph "Ninth" of the Verified Complaint.

## FIRST AFFIRMATIVE DEFENSE

10.    Any injuries suffered by plaintiff were caused solely by her own negligence and not by any negligence of the defendant.

## SECOND AFFIRMATIVE DEFENSE

11.    Any injuries suffered by plaintiff were caused, in part, by her own negligence, and any recovery by plaintiff must be diminished in proportion to that part of her injuries attributable to her own negligence.

## THIRD AFFIRMATIVE DEFENSE

12.    Any injuries suffered by plaintiff were not caused by a negligent act or omission of defendant or any individual acting under its direction or control.

## FOURTH AFFIRMATIVE DEFENSE

13.    If plaintiff has sustained any damages in this matter, which defendant Amtrak deny, then defendant's liability, if any, shall be limited in accordance with Article 16 of the New York Civil Practice Law and Rules.

## FIFTH AFFIRMATIVE DEFENSE

14. Plaintiff failed to mitigate or otherwise act to lessen or reduce the damages alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

15. Plaintiff fails to state a cause of action upon which relief may be granted.

**WHEREFORE**, defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK demands judgment dismissing the Complaint herein, together with the costs and disbursements of this action.

Dated: New York, New York
       March 26, 2008

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Ronald E. Joseph (RJ9302)
Attorneys for Defendant NATIONAL
RAILROAD PASSENGER CORPORATION d/b/a
AMTRAK
120 Broadway, 27th Floor
New York, New York  10271-0079
(212) 238-4800

TO: MAVRIDES, MOYAL & ASSOCIATES, LLP.
    Douglas D. Moyal
    Attorneys for Plaintiff
    3000 Marcus Avenue, Suite 1W9
    Lake Success, NY 11042
    (516) 358-7200

459102.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

      That on the 31st day of March, 2008, deponent served the within **ANSWER TO VERIFIED COMPLAINT**
upon

           Mavrides, Moyal & Associates, LLP
           Attorneys for Plaintiff
           3000 Marcus Avenue, Suite 1W9
           Lake Success, NY 11042
           (516) 358-7200

attorneys in this s action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                                     Jelena Brigida

Sworn to before me this
31st day of March, 2008

_____
Notary

CHRISTOPHER FRETEL
NOTARY PUBLIC, State of New York
No. 02FR6123499
Qualified in New York County
Commission Expires March 7, 2009