UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOLORES ROSNER,

                                               Plaintiff,    **APPEARANCE**

          - against -                                    08 CV 03159

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                                             Defendant.
-----------------------------------------------------------------X

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant National Railroad Passenger Corporation d/b/a Amtrak.

    I certify that I am admitted to practice in this court.

Dated:  New York, New York
          April 4, 2008

                                                 Respectfully submitted,

                                                 LANDMAN CORSI BALLAINE & FORD P.C.

                              By:  _____
                                     Rachel J. Welch (RW 4599)
                                   Attorneys for Defendant NATIONAL
                                   RAILROAD PASSENGER CORPORATION
                                   d/b/a AMTRAK
                                   120 Broadway, 27th Floor
                                   New York, New York 10271-0079
                                   (212) 238-4800

459735.1 DocsNY

TO:   MAVRIDES, MOYAL & ASSOCIATES, LLP.
      Douglas D. Moyal
      Attorneys for Plaintiff
      3000 Marcus Avenue, Suite 1W9
      Lake Success, NY 11042
      (516) 358-7200

459735.1 DocsNY