```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
DOLORES ROSNER,
                                 :
            Plaintiffs,              ORDER
                                 :
     -against-                       08 Civ. 3159 (JGK)(MHD)
                                 :
NATIONAL RAILROAD PASSENGER
CORPORATION,
                                 :
            Defendant.
--------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, JUNE 9, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
May 28, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Douglas Moyal, Esq.
Mavrides, Moyal, and Associates LLP
3000 Marcus Ave., Suite 1W9
Lake Success, NY 11042

Rachel Judith Welch, Esq.
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271